# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN CUTRIGHT,<br><br>    Plaintiff,<br>v.<br><br>GEISINGER-BLOOMSBURG HOSPITAL,<br><br>    Defendant. | No. 4:18-CV-01293<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 10th day of January 2019, in light of the Stipulation of Dismissal filed on January 9, 2019, ECF No. 14, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge